REDACTED

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

**AFFIDAVIT OF SPECIAL AGENT**

I, Jonathan Robitaille, being duly sworn, depose and state as follows:

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), stationed in Omaha, Nebraska. I have been with the FBI since June 1996. During those years, I have been assigned to the Chicago Division and the Omaha Division. I have participated in numerous investigations ranging from bank robbery investigations to extortion and threats. The information contained herein was obtained by interviews of witnesses and law enforcement databases. I have not included the details of every aspect of this investigation. However, facts not set forth herein are not being relied upon me on seeking this court order, nor do I request that this court rely upon any facts not set forth in my affidavit in reaching a conclusion.

2. This affidavit is intended to show that there is probable cause to believe that Robert William Simet committed a knowing violation of Title 18 Section 115.

### Background and Probable Cause

3. On July 5, 2017, the FBI in Omaha, Nebraska was contacted by Mills County Iowa Sheriff's Deputy Evan York. Deputy York informed the FBI that he had received a complaint from ▮▮▮▮, an employee at Loess Hills Harley Davidson located in Pacific Junction, Iowa. ▮▮▮ told Deputy York that an individual named M.B had made several statements to ▮ employees earlier that day that were threatening in nature towards US Senator Joni Ernst.

4. On July 5, 2017, Affiant telephonically contacted ▮▮▮ from Loess Hills Harley Davidson Pacific Junction, Iowa. ▮▮▮ told affiant that an individual named M.B was in the shop earlier that day and made statements to employees ▮▮▮, ▮▮▮, and ▮▮▮.  The three employees told ▮ that M.B told them that he knew that US Senator Joni Ernst would be making an appearance at the Loess Hills Harley Davidson on July 8th, 2017. M.B went on to tell them that he thought that Ernst was part of ISIS and made statements that were alarming to ▮ where ▮ feared for the safety for US Senator Ernst.

5. According to ▮▮▮, Loess Hills Harley Davidson is hosting an event July 8, 2017, where Senator Ernst is scheduled to speak and then lead a motorcycle ride from Pacific Junction, Iowa to Hamburg, Iowa.

6. On July 6, 2017, Affiant interviewed Loess Hills Harley Davidson employee ▇▇▇. ▇▇▇ stated that an individual was in the shop the day before who went by the name of Joe Last Name Unknown (LNU). Joe LNU made statements to ▇▇▇ and fellow Loess Hills Harley employee ▇▇▇ ▇▇▇ that he thought Joni Ernst was a part of ISIS. Joe LNU then stated he didn't know if he should come Saturday because he would be arrested. Joe LNU went on to say that if he goes to the event on Saturday he is taking "everybody with him." ▇▇▇ took that to mean that Joe LNU was going to kill people if he showed up. ▇▇▇ described Joe LNU as very upset that US Senator Ernst was coming.

7. On July 6, 2017, Affiant interviewed Loess Hills Harley employee ▇▇▇. ▇▇▇ stated that a male ▇▇▇ had never seen before was in the shop the other day who was talking to co-workers ▇▇▇ and ▇▇▇. ▇▇▇ heard the unknown male talk about conspiracy talk regarding Trump, Putin, and ISIS. This unknown male then approached ▇▇▇ and told ▇▇▇ "everyone in the government needs to be killed off." Specifically, all Congress members should be killed. The unknown male went on to say that he knew Joni Ernst would be here Saturday and "I could kill her, they would kill me, it would not matter, I would win either way." These statements caused ▇▇▇ concern for the safety of US Senator Ernst.

8. On July 6, 2017, Affiant interviewed ▇▇▇. ▇▇▇ stated that a male approached ▇▇▇ and co-worker ▇▇▇ the day before at Loess Hills Harley Davidson. The unknown male said he didn't like Senator Ernst and said that she was part of ISIS. The male was agitated and on edge. The unknown male said that if he showed up he would probably go to jail and then went on to say that they would probably kill him.

9. On July 6, 2017, Affiant interviewed Loess Hills Harley Davidson employee ▇▇▇. ▇▇▇ stated that on June 3rd, 2017, an individual who identified himself as M.B purchased a tire from Loess Hills Harley Davidson. The person who identified himself as M.B during the entire purchase was the same individual that had been in Loess Hills Harley Davidson on July 5, 2017, making comments regarding Senator Ernst. ▇▇▇ pulled the invoice regarding the sale of the tire and a credit card record regarding the same purchase. The credit card used was issued to Robert Simet.

10. Affiant contacted the FBI Omaha Division and had Robert Simet's driver's license photo emailed to affiant's cell phone. Affiant showed Loess Hill employees ▇▇▇ ▇▇▇, and ▇▇▇ Simet's driver's license photo. All of the employees agreed that the driver's license photo of Robert Simet positively matched the identity and image of the individual that was in the store on July 5, 2017.



11.     Affiant attempted to interview Robert Simet at ███████████████, Omaha, Nebraska. This address is listed on Simet's Nebraska Operator's License as his address. Affiant knocked on the door but no one answered. Many of the windows were covered by aluminum foil on the interior. A security camera was attached to the house. Two vehicles parked behind the house were registered to Simet.

12.     Affiant spoke with Douglas County Sheriff's Detective John Pankonin on July 6, 2017. Pankonin advised that Simet registered a firearm in Douglas County, Nebraska, in 2007. Also, Simet had ███████████████████████████████.

13.     In 1975, Simet was convicted of felony burglary in Nebraska but was granted a full pardon in 2000 with full restoration of gun rights. Simet was also convicted of misdemeanor assault and battery in Nebraska in 2013.

SA JONATHAN B. ROBITAILLE
FEDERAL BUREAU OF INVESTIGATION

Subscribed and signed before me this 7th day of July, 2017.

*Helen C. Adams*
Helen C. Adams
United States Magistrate Judge